UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08 CIV 4802**

| | |
|---|---|
| Vx Capital Partners, LLC; V1C-23244 LLC; HBC-GSKY LLC; and HWC-GKSY LLC, Plaintiff, -v- MK Airlines Limited Defendant. | Case No. **Rule 7.1 Statement** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Vx Capital Partners, LLC; VIC-23244 LLC, HBC-GSKY LLC; and HWC-GKSY LLC    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

There are no such corporate parents, affiliates and/or subsidiaries.

**Date:** 5/22/2008

**Signature of Attorney**

**Attorney Bar Code:** AG-8802

Form Rule7_1.pdf  SDNY Web 10/2007