UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Vx CAPITAL PARTNERS, LLC; V1C-23244
LLC; HBC-GSKY LLC ; and HWC-GSKY LLC,

               Plaintiffs,

    -against-

MK AIRLINES LIMITED
              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Index No. 08cv4802

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss.:
COUNTY OF NEW YORK )

      **CARROL MARSHALL**, being duly sworn, deposes and says: that she resides at Elmsford, New York, that she is over the age of twenty-one years and that she is not a party to this proceeding.

      That on the 22nd day of May 2008, deponent caused to be served <u>by Registered Return Receipt mail</u> the **SUMMONS in a CIVIL ACTION, COMPLAINT, RULE 7.1, CIVIL COVER SHEET, ECF RULES and PROCEDURES, Judge GRIESA and Magistrate GORESTEIN RULES** upon the following party:

                      MK Airlines Limited
                      Attn: Mike Kruger
                      Landhurst
                      Hartfield
                      East Sussex
                      TN7 4DH
                      England

which is the address designated by said attorneys for that purpose, by depositing a true copy thereof, enclosed in a prepaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United Postal Service within the State of New York.

_____
CARROL MARSHALL

Sworn to before me this
____ day of June, 2008.

_____
Notary Public

BIANCA CARPIO
Notary Public, State of New York
No. 01CA6149472
Qualified in Bronx County
Certificate Filed in New York County
Commission Expires July 10, 2010

| | Item Description (Nature de l'envoi) | ☒ Registered Article (Envoi recommandé) | ☐ Letter (Lettre) | ☐ Printed Matter (Imprimé) | ☐ Other (Autre) | ☐ Recorded Delivery (Envoi à livraison attestée) | ☐ Express Mail International |
|---|---|---|---|---|---|---|---|
| Completed by the office of origin. (A remplir par le bureau d'origine.) | Insured Parcel ☐ (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RA 403812786 UE | | |
| | Office of Mailing (Bureau de dépôt) MK AIRLINES | | | | Date of Posting (Date de dépôt) 5/22/08 | | |
| | Addressee Name or Firm (Nom ou raison sociale du destinataire) Mike Kruger | | | | | | |
| | Street and No. (Rue et No.) Landhurst  TN7 4DH | | | | | | |
| | Place and Country (Localité et pays) Hartfield, East Sussex ENGLAND | | | | | | |

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination, if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.
(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

| | | Postmark of the office of destination (Timbre du bureau de destination) |
|---|---|---|
| Completed at destination. (A compléter à destination.) | ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date 2 JU... 2008 |
| | Signature of Addressee (Signature du destinataire) S. Sullysson | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |

PS Form **2865**, February 1997 (Reverse)

| UNITED STATES POSTAL SERVICE | Return Receipt for International Mail (Registered, Insured, Recorded Delivery, Express Mail) |
|---|---|

Administration des Postes des Etats-Unis d'Amérique

2830

*Par Avion*

Postmark of the office returning the receipt
Timbre du bureau renvoyant l'avis

Return by the quickest route (air or surface mail), à découvert and postage free,

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
White & Case LLP

Street and Number (Rue et no.)
1155 Avenue of the Americas

City, State, and ZIP + 4 (Localité et code postal)
New York, NY 10036

Attn: Carrol Marshall

UNITED STATES OF AMERICA / Etats-Unis d'Amérique

PS Form **2865**, February 1997       *Avis de réception*       **CN07** (Old C5)