UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vx CAPITAL PARTNERS, LLC; VIC-23244 LLC, HBC-GSKY LLC; and HWC-GSKY LLC, <br><br> Plaintiffs <br> vs. <br><br> MK AIRLINES LIMITED, <br><br> Defendant | 1:08-cv-4802 (TPG) <br><br> STIPULATION |

Plaintiffs, Vx Capital Partners, LLC; VIC-23244 LLC, HBC-GSKY LLC; and HWC-GSKY LLC, and Defendant, MK Airlines Limited, by and through counsel, hereby stipulate and agree that defendant will have thirty (30) days until July 23, 2008 within which to answer or otherwise plead to the complaint served to Defendant on June 2, 2008.

Adam Gahtan (AG-8802)
Gregory M. Starner (GM-1719)
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Ph: 212-819-8200

Of Counsel:
Stephen M. Corse
White & Case LLP
Wachovia Financial Center
200 South Biscayne Boulevard
Suite 4900
Miami, FL 33131-2352

Robert E. Margulies (RM-0499)
Jeffrey R. Kivetz (JK-0086)
Margulies Wind
Harborside Financial Center
Plaza 10, Suite 1201
3 Second Street
Jersey City, NJ 07311-3988

Of Counsel:
Mark Atwood
Paul M. Tschirhart
Sher & Blackwell LLP
1850 M Street, N.W.
Suite 900
Washington, DC 20036

APPROVED: 6/24/08

UNITED STATES DISTRICT COURT

Part I