UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

Vx CAPITAL PARTNERS, LLC; V1C-23244 LLC; HBC-GSKY LLC; and HWC-GSKY LLC,

Plaintiffs,

vs.

MK AIRLINES LIMITED,

Defendant.

1:08-cv-4802 (TPG)

NOTICE OF WITHDRAWAL

---

## VX CAPITAL PARTNERS, LLC, V1C-23244 LLC, HBC-GSKY LLC, AND HWC-GSKY LLC NOTICE OF WITHDRAWAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Vx Capital Partners, LLC, V1C-23244 LLC, HBC-GSKY LLC, and HWC-GSKY LLC hereby withdraw without prejudice the complaint filed in the above captioned action against Defendant MK Airlines Limited.

Dated: New York, New York
December 21, 2010

Respectfully submitted,

WHITE & CASE LLP

*/s/ Gregory M. Starner*

Adam Gahtan (AG-8802)
Gregory M. Starner (GM-1719)
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

NEWYORK 7968467 (2K)

*Of Counsel:*
Stephen M. Corse
White & Case LLP
4900 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2352
(305) 371-2700

Attorneys for Plaintiffs Vx Capital Partners,
LLC, V1C-23244 LLC, HBC-GSKY LLC, and
HWC-GSKY LLC

SO ORDERED:

*Thomas P. Griesa*
U.S.D.J.

12/16/11